CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
(wkennedy@kennedyconsumerlaw.com)
2797 Park Avenue, Suite 201
Santa Clara, CA  95050
(408) 241-1000 -TEL
(408) 241-1500 – FAX

Robert David Humphreys (*Pro Hac Vice OBA #12346*)
david@hwh-law.com
Lucius James Wallace
luke@hwh-law.com (*Pro Hac Vice OBA #16070*)
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK  74137
(918) 747-5300 Telephone
(918) 747-5311 Facsimile

WILLIAM PURDY (CSB #96027)
LAW OFFICE OF SIMMONS & PURDY
2425 Porter Street, Suite 10
Soquel, CA 95073
(831) 464-6884
(831) 464-6886 fax
bill@@pamelaw.com

Attorneys for Plaintiff Patricia McFaul

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA MCFAUL, an individual | ) |
| | ) |
| Plaintiff, | ) Case No.: 12-cv-05685-PSG |
| | ) |
| vs. | ) **ORDER (PROPOSED) ON HEARING** |
| | ) **ON PLAINTIFF'S MOTION TO** |
| BANK OF AMERICA, N.A. | ) **COMPEL DISCOVERY RESPONSES** |
| | ) |
| Defendant. | ) |
| | ) **THE HONORABLE PAUL SINGH** |
| | ) **GREWAL** |
| | ) |
| | ) **JURY TRIAL DEMANDED** |

Plaintiff notifies the Court that on June 18 and 27, 2013, Defendant Bank of America, NA provided supplemental responses to discovery that is the subject of the pending Motion to Compel. Plaintiff advises the Court that the parties are conferring regarding complete supplementation of discovery responses, including conducting an ESI conference, and producing original digital recordings. The Plaintiff requests that the hearing set for July 2, 2013 be passed pending completion of the ESI conference which the Defendant has indicated cannot occur until July 12, 2013.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing set for July 2, 2013 at 10:00 a.m. on Plaintiff's Motion to Compel Discovery Responses be rescheduled for July 16, 2013 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: July 1, 2013



**THE HONORABLE PAUL SINGH GREWAL**