CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
(wkennedy@kennedyconsumerlaw.com)
2797 Park Avenue, Suite 201
Santa Clara, CA  95050
(408) 241-1000 -TEL
(408) 241-1500 – FAX

Robert David Humphreys (*Pro Hac Vice OBA #12346*)
david@hwh-law.com
Lucius James Wallace
luke@hwh-law.com (*Pro Hac Vice OBA #16070*)
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK  74137
(918) 747-5300 Telephone
(918) 747-5311 Facsimile

WILLIAM PURDY (CSB #96027)
LAW OFFICE OF SIMMONS & PURDY
2425 Porter Street, Suite 10
Soquel, CA 95073
(831) 464-6884
(831) 464-6886 fax
bill@@pamelaw.com

Attorneys for Plaintiff Patricia McFaul

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA MCFAUL, an individual | ) |
| | ) |
| | ) Case No.: 12-cv-05685-PSG |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER (PROPOSED) ON HEARING** |
| | ) **ON PLAINTIFF'S MOTION TO** |
| BANK OF AMERICA, N.A. | ) **COMPEL DISCOVERY RESPONSES** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) **THE HONORABLE PAUL SINGH** |
| | ) **GREWAL** |
| | ) |
| | ) |
| | ) **JURY TRIAL DEMANDED** |

1  Plaintiff notifies the Court that on June 18 and 27, 2013, Defendant Bank of America, NA
2  provided supplemental responses to discovery that is the subject of the pending Motion to Compel.
3  On July 12, 2013, the Parties had an additional good faith conference.  Plaintiff advises the Court that
4  the parties are conferring regarding complete supplementation of discovery responses, producing
5  additional documents and conferring about ESI search terms and protocols related to specific items,
6  including original digital recordings.
7  The Plaintiff requests that the hearing set for July 16, 2013 be passed pending completion of
8  supplementation and the ESI conference which has not yet occurred.
9  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing set for July
10 16, 2013 at 10:00 a.m. on Plaintiff's Motion to Compel Discovery Responses be rescheduled for
11 August 13, 2013 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: July 15, 2013


THE HONORABLE PAUL SINGH GREWAL