CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
(wkennedy@kennedyconsumerlaw.com)
2797 Park Avenue, Suite 201
Santa Clara, CA  95050
(408) 241-1000 -TEL
(408) 241-1500 – FAX

Robert David Humphreys (*Pro Hac Vice OBA #12346*)
david@hwh-law.com
Lucius James Wallace
luke@hwh-law.com (*Pro Hac Vice OBA #16070*)
Humphreys Wallace Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK  74137
(918) 747-5300 Telephone
(918) 747-5311 Facsimile

WILLIAM PURDY (CSB #96027)
LAW OFFICE OF SIMMONS & PURDY
2425 Porter Street, Suite 10
Soquel, CA 95073
(831) 464-6884
(831) 464-6886 fax
bill@@pamelaw.com

Attorneys for Plaintiff Patricia McFaul

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA MCFAUL, an individual | ) Case No.: 12-cv-05685-PSG |
| | ) |
| Plaintiff, | ) **PLAINTIFF PATRICIA MCFAUL'S** |
| | ) **PROPOSED VERDICT FORMS** |
| vs. | ) |
| | ) Trial Date: February 24, 2014 |
| BANK OF AMERICA, N.A. | ) Time: 9:30 a.m. |
| | ) Hon. Paul S. Grewal |
| Defendant. | ) Courtroom 5, 4th Floor |

COMES NOW the Plaintiff, and hereby submits the following Verdict Forms:

1. Verdict Form: Rosenthal Fair Debt Collection Practices Act (Cal. Civil Code § 1788), attached hereto as Exhibit A.

2. Verdict Form: Slander of Title, attached hereto as Exhibit B.

3. Verdict Form: Violation of the California Consumer Credit Reporting Act, Cal. Civ. Code § 1785.1 *et seq*., attached hereto as Exhibit C.

4. Verdict Form: Invasion of Privacy, Intrusion Upon Seclusion, attached hereto as Exhibit D.

Respectfully submitted,

HUMPHREYS WALLACE HUMPHREYS, P.C.

By: /s/ David Humphreys
    Robert David Humphreys, OBA #12346
    Lucius James Wallace, OBA # 16070
    9202 S. Toledo Avenue
    Tulsa, Oklahoma 74137
    (918) 747-5300 / (918) 747-5311 fax
    **PRO HAC VICE ATTORNEYS**
    **FOR PLAINTIFF**

    William E. Kennedy (CSB #158214)
    CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
    2797 Park Avenue, Suite 201
    Santa Clara, CA  95050
    (408) 241-1000 -TEL
    (408) 241-1500 – FAX
    **ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA MCFAUL, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BANK OF AMERICA, N.A. )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>_____ ) | Case No.: 12-cv-05685-PSG<br><br>**Verdict Form:**<br><br>**Rosenthal Fair Debt Collection Practices Act (Cal. Civil Code § 1788)**<br><br>The Honorable Paul S. Grewal |

**WE THE JURY IN THE ABOVE-ENTITLED CASE FIND AS FOLLOWS:**

**FIRST CLAIM AGAINST BANK OF AMERICA, N.A. VIOLATION OF THE CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

Answer each of the following questions:

1.   Do you find by a preponderance of the evidence that Defendant, or others acting on its behalf, collected or attempted to collect a consumer debt from the Plaintiff by unfair or unconscionable means?

ANSWER:

   Yes_____                    No_____


2.   Do you find by a preponderance of the evidence that Defendant, or others acting on its behalf, collected or attempted to collect a consumer debt from the Plaintiff by any false, deceptive, or misleading representation or means?

ANSWER:

   Yes_____                    No_____

3.   Do you find by a preponderance of the evidence that Defendant, or others acting on its behalf, made any false representation regarding the character, amount, or legal status of any debt?

Exhibit A

ANSWER:

      Yes_____                      No_____

4.     Do you find by a preponderance of the evidence that Defendant, or others acting on its behalf, collected or attempted to collect from the Plaintiff any amount expressly authorized by the agreement creating the debt or permitted by law?
ANSWER:

      Yes_____                      No_____

5.     Do you find by a preponderance of the evidence that Defendant, or others acting on its behalf, collected or attempted to collect a consumer debt from the Plaintiff by means of a false representation that the consumer debt may be increased by the addition of attorney's fees, investigation fees, service fees, finance charges, or other charges that may not legally be added to any existing obligation?

ANSWER:

      Yes_____                      No_____

6.     Did the Plaintiff suffer actual damages (which may include personal humiliation, embarrassment, mental anguish or emotional distress, e.g. loss of sleep or appetite, nervousness, crying spells) due to the conduct of the Defendant, or others acting on their behalf?

ANSWER:

      Yes_____                      No_____

If your answer to Question 6 is "Yes", then you must set a dollar amount for the actual damages suffered.

**DAMAGES**

7.     The dollar amount of Patricia McFaul's actual damages is the sum of:

$_____.

8.     If your answer to Question 1, 2, 3 or 4 was "Yes" state the dollar amount of Patricia McFaul's statutory damages, not to exceed $1000.00:

$ _____.

9. If your answer to Question 1, 2, 3, 4, or 5 was "Yes," was Bank of America's violation willful and knowing?

ANSWER:

    Yes_____                         No_____

If your answer to Question 9 is "No," then stop here, and sign and return this verdict form. If your answer to Question 9 is "Yes," state the amount of punitive damages, which must be at least $100 but not more than $1000:

$_____.

Signed: _____
           Presiding Juror

Dated: _____

Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA MCFAUL, an individual | Case No.: 12-cv-05685-PSG |
| Plaintiff, | **Verdict Form:** |
| vs. | **Slander of Title** |
| BANK OF AMERICA, N.A. | |
| Defendant. | **The Honorable Paul S. Grewal** |

Exhibit B

**WE THE JURY IN THE ABOVE-ENTITLED CASE FIND AS FOLLOWS:**

**SECOND CLAIM AGAINST BANK OF AMERICA, N.A. -- SLANDER OF TITLE**

Answer each of the following questions:

1. Do you find by a preponderance of the evidence that Defendant slandered Plaintiff's title?

ANSWER:

    Yes_____                              No_____

    If your answer to Question 1 is "Yes", then answer Question 2.  If you answered "No," then stop here, and sign and return this verdict.

2.    Did the Plaintiff suffer actual damages due to the conduct of the Defendant?

ANSWER:

    Yes_____                              No_____

If your answer to Question 2 is "Yes", then you must set a dollar amount for the actual damages suffered.

**DAMAGES**

The dollar amount of Patricia McFaul's actual damages is the sum of $_____.

Signed: _____
      Presiding Juror

Dated: _____

Exhibit B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA MCFAUL, an individual | Case No.: 12-cv-05685-PSG |
| Plaintiff, | **Verdict Form:** |
| vs. | **Violation of the California Consumer Credit Reporting Act, Cal. Civ Code § 1785.1** *et seq* |
| BANK OF AMERICA, N.A. | |
| Defendant. | The Honorable Paul S. Grewal |

Exhibit C

**WE THE JURY IN THE ABOVE-ENTITLED CASE FIND AS FOLLOWS:**

**FOURTH CLAIM AGAINST BANK OF AMERICA, N.A.**
**VIOLATION OF THE CLAIFORNIA CONSEUMER CREDIT REPORTING ACT,**
**CIVIL CODE §§ 1785.1 *ET SEQ***

Answer each of the following questions:

1. Do you find by a preponderance of the evidence that Defendant furnished information on a specific transaction to any consumer reporting agency when it knew or should have known the information was incomplete or inaccurate?

ANSWER:

    Yes_____          No_____

    If your answer to Question 1 is "Yes", then continue to Question 2.  If you answered "No," then stop here, and sign and return this verdict form.

2.    Did the Plaintiff suffer actual damages due to the conduct of the Defendant?

ANSWER:

    Yes_____          No_____

If your answer to Question 2 is "Yes", then you must set a dollar amount for the actual damages (which includes physical and emotional distress) suffered, then continue to Question 3.

**DAMAGES**

The dollar amount of Patricia McFaul's actual damages is the sum of $_____.

3.    Was the conduct of Defendant willful?

ANSWER:

    Yes_____          No_____

If you answered "No," then stop here, and sign and return this verdict form. If your answer to Question 3 is "Yes", then continue to Questions 4, 5 and 6.

4.    How many times did Defendant furnish information on a specific transaction to any consumer reporting agency when it knew or should have known the information was incomplete or inaccurate?

Exhibit C

_____

5.     For each time that Defendant furnished information on a specific transaction to any consumer reporting agency when it knew or should have known the information was incomplete or inaccurate, you must award damages of at least $100 but no more than $5,000. How much do you choose to award per violation?

$_____

6.     What is your total award of punitive damages for Defendant's conduct?

(Answer to Question 4) X (Answer to Question 5) = $_____

Signed: _____
         Presiding Juror

Dated: _____

Exhibit C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA MCFAUL, an individual | Case No.: 12-cv-05685-PSG |
| Plaintiff, | **Verdict Form** |
| vs. | **Invasion of Privacy: Intrusion Upon Seclusion** |
| BANK OF AMERICA, N.A. | |
| Defendant. | The Honorable Paul S. Grewal |

Exhibit D

**WE THE JURY IN THE ABOVE-ENTITLED CASE FIND AS FOLLOWS:**

**THIRD CLAIM AGAINST BANK OF AMERICA, N.A. INVASION OF PRIVACY: INTRUSION UPON SECLUSION**

Answer each of the following questions:

1. Do you find by a preponderance of the evidence that Defendant intruded upon the seclusion of the Plaintiff?

ANSWER:

    Yes_____                                        No_____

    If your answer to Question 1 is "Yes", then answer Questions 2 and 3.  If you answered "No," then stop here, and sign and return this verdict form.

2.       Did the Plaintiff suffer actual damages due to the conduct of the Defendant?

ANSWER:

    Yes_____                                        No_____

If your answer to Question 2 is "Yes", then you must set a dollar amount for the actual damages (which includes physical and emotional distress) suffered.

**DAMAGES**

The dollar amount of Patricia McFaul's actual damages is the sum of $_____.

3.       Do you find by clear and convincing evidence that the Defendant acted with oppression, fraud, or malice in committing an intrusion upon the seclusion of Plaintiff.

ANSWER:

    Yes_____                                        No_____

If your answer to Question 3 is "Yes," then answer question 4.  If you answered "No," then stop here and sign and return this verdict form.

Exhibit D

4.     Was the conduct constituting malice, oppression, or fraud committed with knowledge, authorized or ratified, by one or more officers, directors, or managing agents of the Defendant?

ANSWER:

    Yes_____                              No_____

If your answer to Question 4 is "Yes" then answer Question 5:

5.     What amount of punitive damages, if any, do you return against the Defendant Bank of America, N.A.?

$_____.

Signed: _____
       Presiding Juror

Dated: _____

Exhibit D