1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  CLAYTON GADDIS (State Bar No. 264759)
   cg@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  BANK OF AMERICA, N.A.

8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
| PATRICIA MCFAUL, an individual, | Case No. CV-12-05685-PSG |
|---|---|
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| BANK OF AMERICA, N.A., | Action Filed:  November 6, 2012<br>Trial Date:    January 20, 2014 |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PATRICIA MCFAUL and Bank of America, N.A. hereby stipulate to the voluntarily dismissal of Plaintiff's claims with prejudice against Defendant BANK OF AMERICA, N.A. in the above-captioned action.

Dated: February 6, 2014

CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
HUMPHREYS WALLACE HUMPHREYS, P.C.
LAW OFFICE OF SIMMONS & PURDY

By:  /s/  *David Humphreys*
Robert David Humphreys
Attorneys for Plaintiff Patricia McFaul

Dated: February 6, 2014

SEVERSON & WERSON

By:  /s/  *Mark J. Kenney*
Mark Joseph Kenny
Attorneys for Defendant Bank of America, N.A.